**Robert GRIGORYAN, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 04–72939.**

United States Court of Appeals, Ninth Circuit.

Submitted June 12, 2006.*

Filed June 16, 2006.

Nejdeh Bagramian, Glendale, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, James A. Hunolt, Esq., Michele Y.F. Sarko, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KLEINFELD, PAEZ, and BERZON, Circuit Judges.

## MEMORANDUM **

Robert Grigoryan, a native and citizen of Armenia, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse

---

of discretion, *see Movsisian v. Ashcroft*, 395 F.3d 1095, 1098 (9th Cir.2005), and we grant the petition for review and remand.

Along with his motion to reopen, petitioner submitted a number of exhibits, listed on page 38 of the Administrative Record. The BIA's denial of the motion to reopen seems to suggest that exhibits other than Exhibit No. 3 may have been overlooked. *See Mohammed v. Gonzales*, 400 F.3d 785, 792 (9th Cir.2005) (noting that "[t]he BIA abused its discretion ... in failing to consider all the attached evidence.").

Accordingly, we grant the petition for review and remand for further consideration of the motion to reopen in light of all the other exhibits submitted. *See INS v. Ventura*, 537 U.S. 12, 16, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam).

**PETITION FOR REVIEW GRANTED; REMANDED.**